IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                              CASE NO. 3:21-CR-00011-01-BSM

KENTERRIAN WASHINGTON                                                                   DEFENDANT

**ORDER**

    Kenterrian Washington's pro se motion to reduce sentence [Doc. No. 34] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not reduce his sentencing range. *See* U.S.S.G § 1.10(a)(2). This is true because the amendment merely reduces his criminal history points from nine to eight, and therefore his criminal history category remains at level IV.

    Additionally, Washington's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2). . . ." Doc. No. 6 at 4. Because he knowingly and voluntarily entered into his plea agreement, he is not entitled to relief. *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a section 3582(c)(2) motion when the record established that the defendant knowingly and voluntarily entered the plea agreement).

    IT IS SO ORDERED this 21st day of May, 2024.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE